Barbara L. RUTBERG, Petitioner,

v.

OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION, Respondent.

No. 98–3230.

United States Court of Appeals, Federal Circuit.

March 30, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).